
LEWIS BRISBOIS
LEWIS BRISBOIS BISGAARD & SMITH LLP

Jennifer R. Harris
77 Water Street, Suite 2100
New York, New York 10005
Jennifer.Harris@lewisbrisbois.com
Direct: 646.783.0916

January 28, 2020

File No. 31165.344

**VIA ECF**

Magistrate Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Anthony Daversa v. Cowan Equipment Leasing, LLC and Michael Vanwagoner*
Venue        :    US Dist. Court, Eastern Dist. of NY
Index No.    :    20-CV-0163
Our File No. :    31165.344

Dear Judge Mann:

Please allow the following to serve as defendants' objection to the Court's Report and Recommendation remanding this action to Supreme Court Queens County for lack of jurisdiction.

Enclosed please find executed affidavits from the following thirteen (13) members of Cowan Equipment Leasing, LLC establishing that none of its members are residents of the State of New York and thus there is complete diversity of citizenship between the defendants and plaintiff (New York).

1. Joseph Cowan - Maryland resident
2. Kelly Colhoun - Maryland resident
3. Joanna Evans - Maryland resident
4. Dennis Morgan - Maryland resident
5. Richard Warner - Maryland resident
6. Dan Evans - Maryland resident
7. Herman Funk Jr.- Maryland resident
8. James Mechlinski - Maryland resident
9. Richard Cichon - Pennsylvania resident
10. Dan Colhoun - Maryland resident
11. Brett Turner - Pennsylvania resident
12. Steven Wells - Maryland resident
13. Thomas Alford - Maryland Resident

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WEST VIRGINIA

4821-5825-8355.1

Furthermore, with regard to the Amount in Controversy, during a telephone discussion with plaintiff's counsel, Jay D. Umans, Esq., Mr. Umans advised that he would not cap his damages at $75,000. Therefore, plaintiff is seeking in excess of $75,000 in damages.

Where the pleadings themselves are inconclusive as to the amount in controversy, "federal courts may look outside those pleadings to other evidence in the record." *United Food & Commercial Workers Union, Local 919* v. *Centermark Properties Meriden Square*, 30 F.3d 298 (2d Cir. 1994). "[A] district court may allow a plaintiff to 'clarify' his or her complaint after removal in order to assist the court in evaluating the jurisdictional facts existing at the time of removal, if the complaint was ambiguous or silent as to the precise amount in controversy." *In re Fosamax Prods. Liab. Litig.*, 2013 U.S. Dist. LEXIS 24717 (S.D.N.Y. 2013). See, e.g., *Meritcare Inc. v. St. Paul Mercury Ins. Co.*, 166 F.3d 214, 223 (3d Cir. 1999) ("Although a court can make an independent appraisal of the reasonable value of the claim . . . it might also consider a stipulation as clarifying rather than amending an original pleading.") (internal citations and quotations omitted*); Asociacion Nacional de Pescadores a Pequena Escala o Artesanales de Colombia (ANPAC) v. Dow Quimica de Colombia S.A.*, 988 F.2d 559, 565 (5th Cir. 1993) ("Although . . . a plaintiff may not defeat removal by subsequently changing his damage request, because post-removal events cannot deprive a court of jurisdiction once it has attached, in this case the affidavits clarify a petition that previously left the jurisdictional question ambiguous. Under those circumstances, the court is still examining the jurisdictional facts as of the time the case is removed, but the court is considering information submitted after removal.") (emphasis in original) (citing *St. Paul Mercury*, 303 U.S. at 292). *In re Fosamax*, supra, at 98-99.

Based on the foregoing, defendants have established that the requirements for diversity jurisdiction have been met and respectfully request that this case remain in the United States District Court, Eastern District of New York.

Thank you for Your Honor's attention to this matter.

Very truly yours,

Jennifer R. Harris of
LEWIS BRISBOIS BISGAARD & SMITH LLP

(via ECF)
Jay D, Umans, Esq.
*Attorney for Plaintiff*
377 Oak Street, Suite 101
Garden City, New York 11530
(516) 542-0200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ANTHONY DAVERSA,

                              Plaintiffs,

       -against-

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

                   Defendants-Petitioners.
------------------------------------------------------------------ x

**Civil Action No.: 1:20-cv-00163-WFK-RLM**

**AFFIDAVIT**

I, Joseph Cowan, am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1. Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the State of Maryland.

2. I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset Management II, LLC. These Maryland companies are the only two members of Cowan Equipment Leasing, LLC.

3. I am a citizen of the State of Maryland and have maintained, and continue to maintain the following residence in the State of Maryland: 10711 Greenspring Ave., Lutherville, MD 21093.

SIGNED UNDER THE PENALTIES OF PERJURY

JOSEPH COWAN

Sworn to before me this
29 day of January, 2020

Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ANTHONY DAVERSA,

                Plaintiffs,

       -against-

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

            Defendants-Petitioners.
------------------------------------------------------------------- x

**Civil Action No.: 1:20-cv-00163-WFK-RLM**

**AFFIDAVIT**

I, Richard Cichon, am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1. Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the State of Maryland.

2. I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset Management II, LLC. These Maryland companies are the only two members of Cowan Equipment Leasing, LLC.

3. I am a citizen of the Commonwealth of Pennsylvania and have maintained, and continue to maintain the following residence in the Commonwealth of Pennsylvania: 1725 Foxwood Drive, Jamison, PA 18929.

SIGNED UNDER THE PENALTIES OF PERJURY

_____
RICHARD CICHON

Sworn to before me this
28 day of January, 2020

_____
Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-5722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ANTHONY DAVERSA,

                                                Civil Action No.: 1:20-cv-
                                                00163-WFK-RLM

               Plaintiffs,

         -against-

COWAN EQUIPMENT LEASING, LLC and                     **AFFIDAVIT**
MICHAEL VANWAGONER

                    Defendants-Petitioners.
-------------------------------------------------------------------- x

I, Herman Funk Jr., am over the age of eighteen and understand the obligations of an oath. Being

duly sworn, I hereby state the following:

1. Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the

     State of Maryland.

2. I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset

     Management II, LLC. These Maryland companies are the only two members of Cowan Equipment

     Leasing, LLC.

3. I am a citizen of the State of Maryland and have maintained, and continue to maintain the

     following residence in the State of Maryland: 4505 Hemlock Cone Way, Ellicot City, MD 21024.


SIGNED UNDER THE PENALTIES OF PERJURY

                                                          HERMAN FUNK JR.

Sworn to before me this
28 day of January, 2020

Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ANTHONY DAVERSA,

                      Plaintiffs,

        -against-

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

                   Defendants-Petitioners.
------------------------------------------------------------------ x

Civil Action No.: 1:20-cv-00163-WFK-RLM

**AFFIDAVIT**

I, Joanna Evans, am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1. Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the State of Maryland.

2. I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset Management II, LLC. These Maryland companies are the only two members of Cowan Equipment Leasing, LLC.

3. I am a citizen of the State of Maryland and have maintained, and continue to maintain the following residence in the State of Maryland: 10806 Greenspring Ave., Lutherville, MD 21093.

SIGNED UNDER THE PENALTIES OF PERJURY

                                  JOANNA EVANS

Sworn to before me this
28 day of January, 2020

Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

ANTHONY DAVERSA,

                     Plaintiffs,

        -against-

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

                  Defendants-Petitioners.
-------------------------------------------------------------- x

Civil Action No.: 1:20-cv-00163-WFK-RLM

**AFFIDAVIT**

I, Dan Evans, am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1. Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the State of Maryland.

2. I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset Management II, LLC. These Maryland companies are the only two members of Cowan Equipment Leasing, LLC.

3. I am a citizen of the State of Maryland and have maintained, and continue to maintain the following residence in the State of Maryland: 10806 Greenspring Ave., Lutherville, MD 21093.

SIGNED UNDER THE PENALTIES OF PERJURY

                  DAN EVANS

Sworn to before me this
28 day of January, 2020

Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANTHONY DAVERSA,

                Civil Action No.: 1:20-cv-
                00163-WFK-RLM

           Plaintiffs,

    -against-

                  **AFFIDAVIT**

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

           Defendants-Petitioners.
------------------------------------------------------------------------ x

I, Kelly Colhoun, am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1. Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the State of Maryland.

2. I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset Management II, LLC. These Maryland companies are the only two members of Cowan Equipment Leasing, LLC.

3. I am a citizen of the State of Maryland and have maintained, and continue to maintain the following residence in the State of Maryland: 10801 Greenspring Ave., Lutherville, MD 21093.

SIGNED UNDER THE PENALTIES OF PERJURY

                                 _Kelly C Colhoun_
                                 KELLY COLHOUN

Sworn to before me this
2̲8̲ day of January, 2020

_Jessica Mohr_
Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

ANTHONY DAVERSA,

                                       Civil Action No.: 1:20-cv-
                                       00163-WFK-RLM

               Plaintiffs,

        -against-

                                         **AFFIDAVIT**

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

                      Defendants-Petitioners.
----------------------------------------------------------------------- x

I, Dan Colhoun, am over the age of eighteen and understand the obligations of an oath. Being duly

sworn, I hereby state the following:

1. Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the

    State of Maryland.

2.    I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset

   Management II, LLC. These Maryland companies are the only two members of Cowan Equipment

   Leasing, LLC.

3.    I am a citizen of the State of Maryland and have maintained, and continue to maintain the

   following residence in the State of Maryland: 10801 Greenspring Ave., Lutherville, MD 21093.


SIGNED UNDER THE PENALTIES OF PERJURY

                                                _____

                                                  DAN COLHOUN


Sworn to before me this
28 day of January, 2020

_____
Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ANTHONY DAVERSA,

Civil Action No.: 1:20-cv-00163-WFK-RLM

Plaintiffs,

-against-

**AFFIDAVIT**

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

Defendants-Petitioners.
------------------------------------------------------------------ x

I, Dennis Morgan, am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1. Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the State of Maryland.

2. I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset Management II, LLC. These Maryland companies are the only two members of Cowan Equipment Leasing, LLC.

3. I am a citizen of the State of Maryland and have maintained, and continue to maintain the following residence in the State of Maryland: 11839 Gontrum Road, Kingsville, MD 21087.


SIGNED UNDER THE PENALTIES OF PERJURY

DENNIS MORGAN

Sworn to before me this
23 day of January, 2020

Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ANTHONY DAVERSA,

                                                      Civil Action No.: 1:20-cv-
                                                      00163-WFK-RLM

                       Plaintiffs,

            -against-

                                                       **AFFIDAVIT**

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

                       Defendants-Petitioners.
------------------------------------------------------------------- x

I, James Mechlinski, am over the age of eighteen and understand the obligations of an oath. Being

duly sworn, I hereby state the following:

1.    Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the

State of Maryland.

2.    I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset

Management II, LLC. These Maryland companies are the only two members of Cowan Equipment

Leasing, LLC.

3.    I am a citizen of the State of Maryland and have maintained, and continue to maintain the

following residence in the State of Maryland: 328 Gusryan Street, Baltimore, MD 21224.


SIGNED UNDER THE PENALTIES OF PERJURY

                                                 JAMES MECHLINSKI


Sworn to before me this
28 day of January, 2020

Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANTHONY DAVERSA,

                    Civil Action No.: 1:20-cv-00163-WFK-RLM

              Plaintiffs,

    -against-

                    <u>**AFFIDAVIT**</u>

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

              Defendants-Petitioners.
------------------------------------------------------------------x

I, Steven Wells, am over the age of eighteen and understand the obligations of an oath. Being duly

sworn, I hereby state the following:

1. Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the

   State of Maryland.

2. I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset

   Management II, LLC. These Maryland companies are the only two members of Cowan Equipment

   Leasing, LLC.

3. I am a citizen of the State of Maryland and have maintained, and continue to maintain the

   following residence in the State of Maryland: 1608 Rushing Stream Court, Forest Hill, MD 21050.


SIGNED UNDER THE PENALTIES OF PERJURY

                                      STEVEN WELLS


Sworn to before me this
2⬚ day of January, 2020

Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

ANTHONY DAVERSA,

                      Plaintiffs,

      -against-

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

                Defendants-Petitioners.
------------------------------------------------------------- x

Civil Action No.: 1:20-cv-00163-WFK-RLM

**AFFIDAVIT**

I, Brett Turner, am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1. Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the State of Maryland.

2. I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset Management II, LLC. These Maryland companies are the only two members of Cowan Equipment Leasing, LLC.

3. I am a citizen of the Commonwealth of Pennsylvania and have maintained, and continue to maintain the following residence in the Commonwealth of Pennsylvania: 710 Harriton Rd., Bryn Mawr, PA 19010.

SIGNED UNDER THE PENALTIES OF PERJURY

BRETT TURNER

Sworn to before me this
28 day of January, 2020

Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ANTHONY DAVERSA,

                                                    Civil Action No.: 1:20-cv-
                                                    00163-WFK-RLM

                        Plaintiffs,

            -against-

                                                    **AFFIDAVIT**

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

                        Defendants-Petitioners.
-------------------------------------------------------------------- x

I, Richard Warner, am over the age of eighteen and understand the obligations of an oath. Being duly

sworn, I hereby state the following:

1.  Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the

    State of Maryland.

2.  I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset

    Management II, LLC. These Maryland companies are the only two members of Cowan Equipment

    Leasing, LLC.

3.  I am a citizen of the State of Maryland and have maintained, and continue to maintain the

    following residence in the State of Maryland: 810 Chester River Dr., Grasonville, MD 21638.


SIGNED UNDER THE PENALTIES OF PERJURY

                                        *Richard F. Warner*
                                        RICHARD WARNER


Sworn to before me this
28 day of January, 2020

*Jessica Mohr*
Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ANTHONY DAVERSA,                                    Civil Action No.: 1:20-cv-
                                                    00163-WFK-RLM

                        Plaintiffs,

        -against-                                   **AFFIDAVIT**

COWAN EQUIPMENT LEASING, LLC and
MICHAEL VANWAGONER

                        Defendants-Petitioners.
-------------------------------------------------------------------- x

I, Thomas Alford, am over the age of eighteen and understand the obligations of an oath. Being duly

sworn, I hereby state the following:

1.  Cowan Equipment Leasing, LLC was and still is a limited liability company formed in the

    State of Maryland.

2.  I have been and remain a member of Cowan Asset Management, LLC and Cowan Asset

    Management II, LLC. These Maryland companies are the only two members of Cowan Equipment

    Leasing, LLC.

3.  I am a citizen of the State of Maryland and have maintained, and continue to maintain the

    following residence in the State of Maryland: 6415 Fernbank Ave., Baltimore, MD 21214.


SIGNED UNDER THE PENALTIES OF PERJURY

                                                    THOMAS ALFORD

Sworn to before me this
_29_ day of January, 2020

Notary Public

JESSICA MOHR
Notary Public
State of Maryland
Baltimore County

4815-2410-8722.1